Dewi G. Lewis, Appellant, v. First Citizens Bank and Trust Company of Utica, Respondent.— Judgment affirmed, with costs. Memorandum: There is no proof that Idris Williams had authority to bind the bank to pay commissions. All concur, Dowling, J., not voting. (The judgment sets aside the verdict of a jury in favor of plaintiff and dismisses the complaint, in an action to recover real estate commissions.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

Theresa C. Smith and Charlotte M. Mott, Appellants, v. Chester W. Frank, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action under a lease.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

The People of the State of New York ex rel. Jack Kennedy, Appellant, v. William Hunt, as Warden of Attica State Prison, Attica, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Application of Karl A. McCormick, Proctor of the Bar for the Eighth Judicial District.— Order of reference entered. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Application of New York State Guernsey Breeders' Co-operative, Inc., Petitioner, for an Order under Article 78 of the Civil Practice Act Directed against Holton V. Noyes, Commissioner of Agriculture and Markets of the State of New York, Respondent.— Permission to file brief *amicus curiæ* granted to the Square Deal Dairy Farmers Co-Operative Marketing Association, Inc., and Howard VanDerlike and brief to be filed and served before the argument of the appeal. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [See *ante,* p. 972; 260 App. Div. 139.]